# United States District Court
## Violation Notice

CS-81

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6937404 | SANCHEZ | 596 |

6937404

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/08/2016 / 1308 | 102-74.385 |

Place of Offense: 200 E. FIRST ST. CALEXICO, CA

Offense Description: Factual Basis for Charge   HAZMAT ☐

SUBJECT WAS SOLICITING ON GOVERNMENT PROPERTY WHERE POSTED SIGNS ARE PRESENT

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| RETES | GEORGE | M |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 100.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 130.00 Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 221 W BROADWAY SAN DIEGO, CA 92101 | TBD |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: G. R.

(Rev. 09/2015)   Original - CVB Copy

CVB Scan DEC 27, 2016 11:19

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12/08, 20 16 while exercising my duties as a law enforcement officer in the SOUTHERN District of SAN DIEGO, CA

I WITNESSED THE TICKETED SUBJECT (GEORGE RETES) ~~~~~ TAKE A WOMAN'S BAG IN AN ATTEMPT TO SOLICIT MONEY FROM HER AS A SERVICE FEE FOR CARRYING HER BAG ACROSS THE BORDER. AFTER A FIELD INTERVIEW WITH RETES, HE ADMITTED TO SOLICITING ON GOVERNMENT PROPERTY.

The foregoing statement is based upon:
✓ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/08/2016   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB Scan DEC 27, 2016 11:19